**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Quentin ADAMS, Petitioner**

**No. 271 EAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

---

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

**Cash WRIGHT and Jasmine Wright, Petitioner**

v.

**STATE FARM INSURANCE CO., Edward Rust and Deloris Bryant, Respondents**

**No. 288 EAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

---

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**